**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**HAGSHAMA MANHATTAN 10 GOLD, LLC**
**HAGSHAMA MANHATTAN 10 PLATINUM,**
**LLC, and CO FUND 1, LLC,**

                        Petitioners,         20 **CIVIL** 4839 (ALC)

      -against-                            **JUDGMENT**

**CHESKEL STRULOVITZ; 940 FIRST**
**AVENUE, LLC and FIRST AVENUE REALTY**
**HOLDINGS, L.P.,**

                        Respondents.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 28, 2021, The Court has concluded that each of the arguments advanced by Respondents in favor of vacatur of the Award lacks merit. Accordingly, the Court DENIES the Motion to Vacate the Arbitration Award and hereby CONFIRMS the Arbitration Award. Judgment is entered in favor of Petitioners Hagshama Manhattan 10 Gold, LLC, Hagshama Manhattan 10 Platinum, LLC and Co Fund 1, LLC, with addresses of 11 Granit Street, Petach Tikva, Israel, jointly and severally, and against the Respondents Cheskel Strulovitz, 940 First Avenue, LLC, And First Avenue Realty Holdings, L.P., jointly and severally, with addresses c/o CS Realty, 116 Nostrand Avenue, Brooklyn, NY, in the amount of $8,020,307.22; accordingly, this case is closed.

Dated: New York, New York
      March 29, 2021

                            **RUBY J. KRAJICK**
                            _____
                              **Clerk of Court**
**BY:** _____
                              **Deputy Clerk**