**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: August 2, 2021

| | |
|---|---|
| Hagshama Manhattan 10 Gold, LLC, et al. | |
| **Petitioners,** | 1:20-cv-04839-ALC-GWG |
| v. | **ORDER** |
| Cheskel Strulovitz, et al. | |
| **Respondents.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within 30 (thirty) days. The Clerk of Court is directed to terminate the pending motion at ECF No. 21 as it is now moot.

**SO ORDERED.**

Dated:   August 2, 2021
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**